**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ALAN DALE WALKER, ET AL.**                                              **PLAINTIFFS**

**VS.**                                              **CIVIL ACTION NO.: 4:07CV176-P-B**

**CHRISTOPHER EPPS, ET AL.**                                              **DEFENDANTS**

**ORDER**

Pursuant to an opinion issued this day, it is hereby **ORDERED** that Defendants' motion

for summary judgment is **GRANTED** and the Plaintiffs' motion for injunctive relief **DENIED**.

**THIS** the 15th day of July, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE