IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ALAN DALE WALKER, ET AL.                                                             PLAINTIFFS

VS.                                                CIVIL ACTION NO.: 4:07CV176-P-B

CHRISTOPHER EPPS, ET AL.                                                   DEFENDANTS

**FINAL JUDGMENT**

In accordance with an Opinion and Order entered with the Clerk of this Court on this day, this case is hereby dismissed with prejudice, thus certifying this matter for immediate appeal.

**SO ORDERED** this the 15th day of July, 2008.

                                               /s/ W. Allen Pepper, Jr.
                                               W. ALLEN PEPPER, JR.
                                               UNITED STATES DISTRICT JUDGE